IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH R. WARNER,<br><br>               Plaintiff,<br><br>vs.<br><br>BARBARA J. WARNER,<br><br>               Defendant. | 8:24CV128<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Plaintiff filed a Complaint, Filing No. 1, on April 11, 2024, along with a summons form, Filing No. 2, which the Court docketed as a motion. At the time of docketing, it appeared Plaintiff did not submit the $405.00 filing and administrative fees with his Complaint, and the Court entered an order on April 12, 2024, directing Plaintiff to either submit the $405.00 fees or a request to proceed in forma pauperis within 30 days. Filing No. 5. Plaintiff then contacted the Clerk's office and informed them that he had submitted payment with his Complaint. The Clerk's office was able to locate Plaintiff's payment and has receipted Plaintiff's payment of the fees. Accordingly,

IT IS ORDERED that:

1. The Court's April 12, 2024, Memorandum and Order, Filing No. 5, is vacated as it was entered in error.

2. The Clerk of the Court is directed to terminate the motion event at Filing No. 2 and issue summons to Plaintiff.

2

3. Consistent with paragraph 4 of General Order No. 2022-04, Filing No. 4, this case is removed from the pro se docket. The Clerk of the Court shall assign new judges to this case and request a reassignment order from Chief Judge Rossiter.

4. With respect to reassignment, Chief Judge Rossiter is hereby notified that the above-captioned case appears to be related to *Warner v. Warner*, No. 8:22-cv-00377-RFR-MDN (D. Neb.), within the meaning of NEGenR 1.4(a)(4)(C).

Dated this 16th day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge